# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

————————————

**No. ACM S32727**

————————————

**UNITED STATES**
*Appellee*

**v.**

**Lucas M. ANTONIEVICZ**
Airman Basic (E-1), U.S. Air Force, *Appellant*

————————————

Appeal from the United States Air Force Trial Judiciary

Decided 23 May 2023

————————————

*Military Judge:* Christopher D. James.

*Sentence:* Sentence adjudged 27 April 2022 by SpCM convened at Minot Air Force Base, North Dakota. Sentence entered by military judge on 26 May 2022: Bad-conduct discharge, confinement for 80 days, and forfeiture of $500 pay per month for four months.

*For Appellant:* Major Kasey W. Hawkins, USAF; Major Abhishek S. Kambli, USAF.

*For Appellee:* Lieutenant Colonel Thomas J. Alford, USAF; Captain Olivia B. Hoff, USAF; First Lieutenant Deyana F. Unis, USAF; Mary Ellen Payne, Esquire.

Before RICHARDSON, CADOTTE, and ANNEXSTAD, *Appellate Military Judges.*

————————————

**This is an unpublished opinion and, as such, does not serve as precedent under AFCCA Rule of Practice and Procedure 30.4.**

————————————

PER CURIAM:

A special court-martial composed of a military judge sitting alone convicted Appellant, consistent with his pleas and pursuant to a plea agreement, of one

specification each of wrongful use of cocaine and wrongful use of ampheta-mines (MDMA), a controlled substance, in violation of Article 112a, Uniform Code of Military Justice (UCMJ), 10 U.S.C. § 912a. Appellant personally raises one issue: whether his sentence is unduly severe. We have carefully considered this issue, and find no discussion or relief is warranted.

The findings and sentence entered are correct in law and fact, and no error materially prejudicial to the substantial rights of Appellant occurred. Articles 59(a) and 66(d), UCMJ, 10 U.S.C. §§ 859(a), 866(d). *Manual for Courts-Martial, United States* (2019 ed.). Accordingly, the findings and sentence are **AFFIRMED**.

FOR THE COURT

CAROL K. JOYCE
Clerk of the Court